IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GUADALUPE GUTIERREZ,

Defendant.

CASE NO. 1:26-MJ-00128-SAB

**ORDER TO PARTIALLY UNSEAL INDICTMENT**

The United States, having arrested defendant Guadalupe Gutierrez on an arrest warrant, and the need for sealing of the Indictment having ceased only as to defendant Guadalupe Gutierrez and his co-defendants who have also been arrested at this time;

IT IS ORDERED that the Indictment and arrest warrants shall be unsealed only as to defendant Guadalupe Gutierrez and his co-defendants who have already been arrested, as reflected in the redacted indictment submitted as Exhibit A to the motion to partially unseal submitted in this case.

IT IS SO ORDERED.

Dated: **October 28, 2026**

STANLEY A. BOONE
United States Magistrate Judge